**Sherman RAINES, Appellant,**

v.

**John E. POTTER, Postmaster General, U.S. Postal Service, Appellee.**

No. 06–1919.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 31, 2007.

Filed: Feb. 7, 2007.

Sherman Raines, Memphis, TN, pro se.

Suzanne J. Moore, U.S. Attorney's Office, St. Louis, MO, for Appellee.

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Sherman Raines appeals the district court's [1] dismissal with prejudice of his employment-discrimination action. We conclude that the district court acted within its discretion in dismissing the action after Raines disobeyed two court orders which warned him not to add claims against the United States Attorney's Office. *See Good Stewardship Christian Ctr. v. Empire Bank,* 341 F.3d 794, 797 (8th

[1]. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

Cir.2003) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47A(a).